UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICKY P. CURRY**                                       CIVIL ACTION

**VERSUS**                                               NO. 09-3799

**SHERIFF MARLIN GUSMAN, ET AL.**                        SECTION: "N" (5)

### ORDER

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims against defendant, Mylan Pharmaceuticals, Inc., is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that Plaintiff's Request for Injunctive Relief (Rec. Doc. 28) is considered an Objection, the Court notes that this document has also been considered.