```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

RICKY P. CURRY                                    CIVIL ACTION

VERSUS                                            NUMBER: 09-3799

SHERIFF MARLIN GUSMAN, ET. AL.                    SECTION: "N"(5)

<u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the claims of plaintiff, Ricky P. Curry, against defendants, Marlin Gusman, Criminal Sheriff of Orleans Parish, Dr. Higgins, and various unnamed nurses at Orleans Parish

Prison are dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B).

**IT IS FURTHER ORDERED** that the **Motion/Request for Emergency Injunction (Rec. Doc. 58)** is **DENIED AS MOOT**, based on the above ruling.

New Orleans, Louisiana, this 24th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE